IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SERENA HALSELL, | ) | Civ. No. 05-00815 ACK/LEK |
| Plaintiff(s), | ) | |
| v. | ) | |
| ALEJANDO VALLE, | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on 4/14/06 and served on all parties on 4/17/06, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation that Case Be Dismissed Without Prejudice are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 2, 2006.

_____
Alan C. Kay
Sr. United States District Judge

cc: all parties of record